| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Halli B. Heston, Esq. 90737<br>19700 Fairchild Road, Suite 200<br>Irvine, CA 92612<br>Tele: (949)222-1041 Fax: (949) 222-1043<br>☒ *Attorney for:* Debtors | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: Robert A. Nelson<br>Pamela Nelson<br><br>Debtor(s). | CASE NO.8:11-bk-14687-TA<br>CHAPTER: 13<br>ADV. NO.: |
|---|---|

### ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

☐  Petition, statement of affairs, schedules or lists                    Date Filed: _____

☐  Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____

☒  Other:Balance of Schedules                            Date Filed: 4/12/11

## PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

   I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that:  (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.  If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_Robert A. Nelson_ (signature)                    4/12/11
*Signature of Signing Party*                      Date

Robert A. Nelson
*Printed Name of Signing Party*

_Pamela Nelson_ (signature)                       4/12/11
*Signature of Joint Debtor (if applicable)*        Date

Pamela Nelson
*Printed Name of Joint Debtor (if applicable)*

## PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

   I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that:  (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties.  If the Filed Document is a petition, I further declare under penalty of perjury that:  (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_Halli B. Heston_ (signature)                      4/12/11
*Signature of Attorney for Signing Party*          Date

Halli B. Heston, Esq.
*Printed Name of Attorney for Signing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
## Central District of California

In re    Robert A. Nelson & Pamela F. Nelson

_____

Debtor

Case No.    8:11-bk-14687- TA    

Chapter    13    

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $    418,000.00 | | |
| B – Personal Property | YES | 3 | $    69,633.00 | | |
| C –  Property Claimed as exempt | YES | 2 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $    622,160.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $    10,654.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 15 | | $    233,224.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $    10,959.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $    9,014.00 |
| **TOTAL** | | 30 | $    487,633.00 | $    866,038.00 | |

# United States Bankruptcy Court
## Central District of California

| | | | |
|---|---|---|---|
| In re | Robert A. Nelson & Pamela F. Nelson | Case No. | 8:11-bk-14687- TA |
| | Debtor | | |
| | | Chapter | 13 |

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 10,654.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 10,654.00 |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 10,959.00 |
| Average Expenses (from Schedule J, Line 18) | $ 9,014.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 14,989.49 |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 183,016.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 10,654.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 233,224.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 416,240.00 |

**B6A (Official Form 6A) (12/07)**

In re   Robert A. Nelson & Pamela F. Nelson                          Case No.   8:11-bk-14687- TA
_____                          _____
                        **Debtor**                                                        **(If known)**

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Single Family Residence - Value based on VP4 Attached hereto<br><br>2344 E Dana Avenue<br>Orange, CA 92867 | Fee Simple | C | 418,000.00 | 600,524.00 |
| | | Total ➤ | 418,000.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

Valuation Result
Subject Property Information
Location Information
Last Market Sale
Prior Sale Information
Property Information
Tax Information
Area Market Sales
Comparable Property1

Comparable Property2

Comparable Property3

Comparable Property4

Comparable Property5

### ValuePoint4 Report
ValuePoint®4 is provided by First American Real Estate Solutions
© 2006 First American Real Estate Solutions

### Valuation Result

Estimated Value: $410000.0
Estimated Value Range: $348000.0-490000.0
Score: 66

Value as of: 03/28/2011

Processed Date: 03/28/2011
Comment: VP4 Valuation Successful

### Subject Property Information

**LOCATION INFORMATION:**
Owner: NELSON ROBERT A / NELSON PAMELA F
Property Address: 2344 E DANA AVE

| | |
|---|---|
| City: ORANGE | State: CA |
| Zip: 92867-7805 | County: ORANGE |
| Assessor's Parcel Number: 383-014-02 | Township Name: |
| Census Tract: 0758.15 | Absentee Owner: N |

**LAST MARKET SALE:**

Sale Price: $403000

Sale Date: 06/20/2002

Sale Type: FULL

Seller Name: MCKOWAN ROBERT D & SUSAN L

1st Mtg Amount: $362700

1st Mtg type: C

2nd Mtg amount:

**PRIOR SALE INFORMATION:**

Prior Sale Price: $69000

Prior Sale Date:

Prior Seller Name:

Prior 1st Mtg amount: $24000

Prior 1st Mtg type: CONV

**PROPERTY INFORMATION:**

Living Area: 1651sq.ft.

Total Rooms: 7

Bedrooms: 3

Bath (F/H): 2

Pool: N

Number of Stories: 1

Land Use: SFR

Lot Area: 8700sq.ft.

Year Build/Eff: 1970

Air Conditioning: Y

Fireplace: Y/1

Parking:

**TAX INFORMATION:**

Total Assessed Value: $452175

Land Value: $325507

Assessed Year: 2010

Improvement Value: $126668

**Area Market Sales**

**COMP#: 1**

Address: 2720 E WALNUT AVE 34

Owner: BUSAK JAMES M & LESLIE J

Seller Name: ERDELJI THOMAS & CAREY J

Assessor's Parcel Number: 383-233-35

County: ORANGE

Sale Price: $390000

Sale Date: 01/06/2011

1st Mtg Amount: $312000.0

Living Area: 1477.0sq.ft.

Total Rooms:

Bedrooms: 3

Lot Area: 2617.0sq.ft.

Distance From Subject: 0.38 miles

Land Use: SFR

Year Build/Eff: 1989

Prior Sale Price: $207000.0

Prior Sale Date: 03/10/1999

Total Assessed Value: $251401.0

Air Conditioning: Y

Fireplace: Y/1

Pool: N

Number of Stories:

**COMP#: 2**

Distance From Subject: 0.04 miles

Address: 235 N MILFORD ST
Owner: GARNETT SHAWN & LEHA
Seller Name: MILFORD TRUST 253
Assessor's Parcel Number: 383-014-07
County: ORANGE
Sale Price: $403000
Sale Date: 12/09/2010
1st Mtg Amount: $384986.0
Living Area: 1486.0sq.ft.
Total Rooms: 5
Bedrooms: 3
Bath (F/H): 2
Lot Area: 7700.0sq.ft.
COMP#: 3

Land Use: SFR
Year Build/Eff: 1971
Prior Sale Price: $267000.0
Prior Sale Date: 07/14/2000
Total Assessed Value: $311680.0
Air Conditioning:
Fireplace: Y/1
Pool: N
Number of Stories: 1

Distance From Subject: 0.29 miles

Address: 1933 E PALM AVE
Owner: MCCOY SHERRY C
Seller Name: OLIVA ELISEO M & KERI E
Assessor's Parcel Number: 386-025-16
County: ORANGE
Sale Price: $440000
Sale Date: 10/06/2010
1st Mtg Amount: $390000.0
Living Area: 1541.0sq.ft.
Total Rooms: 7
Bedrooms: 3
Bath (F/H): 2
Lot Area: 6480.0sq.ft.
COMP#: 4

Land Use: SFR
Year Build/Eff: 1968
Prior Sale Price: $281500.0
Prior Sale Date: 09/01/2000
Total Assessed Value: $328209.0
Air Conditioning:
Fireplace: Y/1
Pool: N
Number of Stories: 1

Distance From Subject: 0.06 miles

Address: 258 N MILFORD ST
Owner: PALERO JOSEPH E
Seller Name: US BANK NA TRUST 2005-WMC1
Assessor's Parcel Number: 383-012-13
County: ORANGE
Sale Price: $395000
Sale Date: 07/09/2010
1st Mtg Amount: $389751.0
Living Area: 1488.0sq.ft.

Land Use: SFR
Year Build/Eff: 1971
Prior Sale Price: $352000.0
Prior Sale Date: 09/30/2002
Total Assessed Value: $419000.0
Air Conditioning: N

Total Rooms: 6

Fireplace: Y/1

Bedrooms: 3

Pool: N

Bath (F/H): 2

Number of Stories: 1

Lot Area: 6386.0sq.ft.

COMP#: 5

Distance From Subject: 0.46 miles

Address: 592 N MILFORD ST

Owner: KASER THOMAS F & DEBORAH L

Seller Name: MORTON NATHAN D & KELLI J

Assessor's Parcel Number: 383-112-31

Land Use: SFR

County: ORANGE

Year Build/Eff: 1955

Sale Price: $392000

Prior Sale Price:

Sale Date: 05/19/2010

Prior Sale Date:

1st Mtg Amount: $400428.0

Total Assessed Value: $64812.0

Living Area: 1743.0sq.ft.

Air Conditioning: Y

Total Rooms: 5

Fireplace: Y/1

Bedrooms: 3

Pool: N

Bath (F/H): 2

Number of Stories: 1

Lot Area: 7148.0sq.ft.

END OF DOCUMENT

**B6B (Official Form 6B) (12/07)**

In re  Robert A. Nelson & Pamela F. Nelson                                  Case No.  8:11-bk-14687- TA
_____                                 _____
                        **Debtor**                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash on hand<br>In debtors' possession | C | 250.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account maintained at Bank of the West Santa Ana, CA | C | 947.00 |
| | | Savings account maintained at Bank of the West Santa Ana, CA | C | 5,123.00 |
| | | Checking account maintained at INGDIRECT.COM | C | 1,100.00 |
| | | Savings account maintained at INGDIRECT.COM | C | 10.00 |
| | | Checking account maintained at Chase Bank | C | 4.00 |
| | | Savings account maintained at Chase Bank | C | 27.00 |
| | | Savings account maintained at INGDIRECT.COM | C | 3,010.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Home furnishings, appliances, etc.<br>In debtors' possession | C | 15,000.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, pictures, etc.<br>In debtors' possession | C | 5,000.00 |
| 6.  Wearing apparel. | | Clothing and apparel<br>In debtors' possession | C | 5,000.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

In re   Robert A. Nelson & Pamela F. Nelson                                    Case No.   8:11-bk-14687- TA
              **Debtor**                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 7.   Furs and jewelry. | | Jewelry<br>In debtors' possession | C | 3,000.00 |
| 8.   Firearms and sports, photographic, and other hobby equipment. | | Sports and other hobby equipment<br>In debtors' possession | C | 2,500.00 |
| 9.   Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | Flexible Premium Variable Life Insurance policy maintained through John Hancock<br>Flexible Premium Variable Life Insurance policy maintained through John Hancock | H<br><br>W | 106.00<br><br>2,061.00 |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | | Series I Savings Bonds | C | 577.00 |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

B6B (Official Form 6B) (12/07) – Cont.

In re   Robert A. Nelson & Pamela F. Nelson                                    Case No.   8:11-bk-14687- TA
                          **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | | Judgment against Ace Property Management, LLC Small Claims Case No. 30-2011-00445974-SC-SC-CJC Robert and Pamela Nelson vs. Ace Property Management, LLC for Breach of Contract | C | 2,418.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2011 Chevrolet Equinox LS In debtors' possession | C | 22,000.00 |
| | | 2005 Toyota Corrolla - needs transmission rebuilt In debtors' possession | C | 1,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____   continuation sheets attached     Total   $    69,633.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

B6C (Official Form 6C)  (04/10)

In re    Robert A. Nelson & Pamela F. Nelson _____    Case No.    8:11-bk-14687- TA _____
                      **Debtor**                                                                   **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)

☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---:|---:|
| Checking account maintained at Bank of the West | C.C.P. 703.140(b)(5) | 947.00 | 947.00 |
| Savings account maintained at Bank of the West | C.C.P. 703.140(b)(5) | 5,123.00 | 5,123.00 |
| Checking account maintained at INGDIRECT.COM | C.C.P. 703.140(b)(5) | 1,100.00 | 1,100.00 |
| Savings account maintained at INGDIRECT.COM | C.C.P. 703.140(b)(5) | 10.00 | 10.00 |
| Home furnishings, appliances, etc. | C.C.P. 703.140(b)(3) | 15,000.00 | 15,000.00 |
| Books, pictures, etc. | C.C.P. 703.140(b)(3) | 5,000.00 | 5,000.00 |
| Clothing and apparel | C.C.P. 703.140(b)(3) | 5,000.00 | 5,000.00 |
| Jewelry | C.C.P. 703.140(b)(4) <br> C.C.P. 703.140(b)(5) | 1,425.00 <br> 1,575.00 | 3,000.00 |
| Sports and other hobby equipment | C.C.P. 703.140(b)(3) | 2,500.00 | 2,500.00 |
| 2011 Chevrolet Equinox LS | C.C.P. 703.140(b)(5) | 856.00 | 22,000.00 |
| 2005 Toyota Corrolla - needs transmission rebuilt | C.C.P. 703.140(b)(2) | 1,500.00 | 1,500.00 |
| Flexible Premium Variable Life Insurance policy maintained through John Hancock | C.C.P. 703.140(b)(8) | 106.00 | 106.00 |
| Judgment against Ace Property Management, LLC | C.C.P. 703.140(b)(5) | 2,418.00 | 2,418.00 |
| Checking account maintained at Chase Bank | C.C.P. 703.140(b)(5) | 4.00 | 4.00 |
| Savings account maintained at Chase Bank | C.C.P. 703.140(b)(5) | 27.00 | 27.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

B6C (Official Form 6C) (04/10) -- Cont.

In re   Robert A. Nelson & Pamela F. Nelson                    Case No.   8:11-bk-14687- TA
                    **Debtor**                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Savings account maintained at INGDIRECT.COM | C.C.P. 703.140(b)(5) | 3,010.00 | 3,010.00 |
| Series I Savings Bonds | C.C.P. 703.140(b)(5) | 577.00 | 577.00 |
| Cash on hand | C.C.P. 703.140(b)(5) | 250.00 | 250.00 |
| Flexible Premium Variable Life Insurance policy maintained through John Hancock | C.C.P. 703.140(b)(8) | 2,061.00 | 2,061.00 |
| | Total exemptions claimed: | 48,489.00 | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

**B6D (Official Form 6D) (12/07)**

In re ___Robert A. Nelson & Pamela F. Nelson_____,    Case No.8:11-bk-14687- TA_____
        **Debtor**                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4425<br><br>Americredit<br>PO Box 183593<br>Arlington, TX 76096 | | | Incurred: 2010<br>Lien: PMSI in vehicle < 910 days<br>Security: 2011 Chevrolet Equinox LS<br><br>VALUE $        22,000.00 | | | | 21,144.00 | 0.00 |
| ACCOUNT NO. 1402<br><br>Orange County<br>Treasurer-Tax-Collector<br>12 Civic Center Plaza<br>Santa Ana, CA 92701 | | | Incurred: 2009-2011<br>Lien: Property Taxes<br>Security: Single Family Residence<br><br>VALUE $        418,000.00 | | | | 8,132.00 | 8,132.00<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO. 6013<br><br>Wells Fargo Financial<br>PO Box 30358<br>Los Angeles, CA 90030-0358 | | | Incurred: 2008-2010<br>Lien: 3rd Deed of Trust<br>Security: Single Family Residence<br><br>VALUE $        418,000.00 | | | | 21,527.00 | 21,527.00<br>This amount based upon existence of Superior Liens |

___1___continuation sheets attached

Subtotal ▶
(Total of this page) $    50,803.00    $    29,659.00

Total ▶
(Use only on last page) $            $

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

**B6D (Official Form 6D) (12/07) – Cont**.

In re    Robert A. Nelson & Pamela F. Nelson    ,    Case No.    8:11-bk-14687- TA
        **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3542<br><br>Wells Fargo Financial<br>PO Box 30660<br>Los Angeles, CA 90030-0660<br><br>VALUE $ 418,000.00 | | | Incurred: 2005<br>Lien: Deed of Trust<br>Security: Single Family Residence | | | | 528,699.00 | 110,699.00 |
| ACCOUNT NO. 5382<br><br>Wescom Credit Union<br>PO Box 7042<br>Pasadena, CA 91109-7042<br><br>VALUE $ 418,000.00 | | | Incurred: 2006<br>Lien: 2nd Deed of Trust<br>Security: Single Family Residence | | | | 42,658.00 | 42,658.00<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | | |
|---|---|---|
| Subtotal (s) ▶<br>(Total(s) of this page) | $ 571,357.00 | $ 153,357.00 |
| Total(s) ▶<br>(Use only on last page) | $ 622,160.00 | $ 183,016.00 |
|  | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

**B6E (Official Form 6E) (04/10)**

In re  Robert A. Nelson & Pamela F. Nelson                    ,        Case No.      8:11-bk-14687- TA
_____
        Debtor                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

**B6E (Official Form 6E) (04/10) - Cont.**

In re ___Robert A. Nelson & Pamela F. Nelson_____,    Case No.___8:11-bk-14687- TA_____
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

☐　**Certain farmers and fishermen**

　Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐　**Deposits by individuals**

　Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑　**Taxes and Certain Other Debts Owed to Governmental Units**

　Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐　**Commitments to Maintain the Capital of an Insured Depository Institution**

　Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐　**Claims for Death or Personal Injury While Debtor Was Intoxicated**

　Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

___1___  **continuation sheets attached**

B6E (Official Form 6E) (04/10) - Cont.

In re   Robert A. Nelson & Pamela F. Nelson_____,    Case No.   8:11-bk-14687- TA_____
                          **Debtor**                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)    Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  9352 <br><br> Franchise Tax Board <br> Attention:  Bankruptcy Unit <br> PO Box 2952 <br> Sacramento, CA  95812 | | | Incurred: 2009 <br> Consideration: 2009 <br> Income Taxes | | | | 3,071.00 | 3,071.00 | 0.00 |
| ACCOUNT NO.  9352 <br><br> Franchise Tax Board <br> Attention:  Bankruptcy Unit <br> PO Box 2952 <br> Sacramento, CA  95812 | | | Incurred: 2010 <br> Consideration: 2010 <br> Income Taxes | | | | 656.00 | 656.00 | 0.00 |
| ACCOUNT NO.  9352 <br><br> Internal Revenue Service <br> PO Box 7346 <br> Philadelphia, PA 19101-7346 | | | Incurred: 2009 <br> Consideration: 2009 <br> Income Taxes | | | | 6,927.00 | 6,927.00 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) ➤ | $ 10,654.00 | $ | $ |
| Total (Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) ➤ | $ 10,654.00 | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) ➤ | $ | $ 10,654.00 | $ 0.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07)

In re ___Robert A. Nelson & Pamela F. Nelson_____,        Case No. ____8:11-bk-14687- TA_____
         **Debtor**                                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

        State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

        If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

        If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

        Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ACB American, Inc.<br>PO Box 2548<br>Cincinnati, OH 45201 | | | Consideration: Collection agent | | | | Notice Only |
| ACCOUNT NO.  242<br><br>Ace Property Management, LLC<br>1095 North Main St. Suite L<br>Orange, CA  92867 | | | Incurred: 2009-2010<br>Consideration: Property management services | | | | 1,044.00 |
| ACCOUNT NO.  9352<br><br>ACS<br>PO Box 371834<br>Pittsburgh, PA 15250-7834 | | | Incurred: 2002<br>Consideration: Student Loan | | | | 28,083.00 |
| ACCOUNT NO.<br><br>AlliedInterstate<br>3000 Corporate Exchange Dr.<br>Columbus, OH 43231 | | | Consideration: Collection agent | | | | Notice Only |

  ___14___continuation sheets attached                                                Subtotal ➤  | $      29,127.00

                                                                            Total ➤  | $

                       (Use only on last page of the completed Schedule F.)
             (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Robert A. Nelson & Pamela F. Nelson                ,          Case No.   8:11-bk-14687- TA
            **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1006<br><br>American Express<br>PO Box 0001<br>Los Angeles, CA 90096-8000 | | | Incurred: 2002-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 10,270.00 |
| ACCOUNT NO.  8177<br><br>Bank of America<br>PO Box 301200<br>Los Angeles, CA 90030-1200 | | | Incurred: 2002-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 7,809.00 |
| ACCOUNT NO.  1796<br><br>Bill Me Later<br>PO Box 105658<br>Atlanta, GA 30348-5658 | | | Incurred: 2002-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 2,334.00 |
| ACCOUNT NO.  8026<br><br>Bloomingdale's Visa<br>PO Box 689194<br>Des Moines, IA 50368-9194 | | | Incurred: 2002-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 2,847.00 |
| ACCOUNT NO.  9961<br><br>Bloomingdales<br>PO Box 183083<br>Columbus, OH 43218-3083 | | | Incurred: 2002-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 1,314.00 |

Sheet no.  1  of  14  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤     $     24,574.00

Total ➤     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Robert A. Nelson & Pamela F. Nelson                ,          Case No.    8:11-bk-14687- TA
                    **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7987<br><br>Capital One Bank (USA), N.A.<br>PO Box 60599<br>City of Industry, CA 91716-0599 | | | Incurred: 2002-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 1,048.00 |
| ACCOUNT NO.  2503<br><br>Chase<br>PO Box 15548<br>Wilmington, DE  19886-5548 | | | Incurred: 2002-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 28,283.00 |
| ACCOUNT NO.  2949<br><br>Chase<br>PO Box 15548<br>Wilmington, DE 19886-5548 | | | Incurred: 2002-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 2,547.00 |
| ACCOUNT NO.  7822<br><br>Chase<br>PO Box 15548<br>Wilmington, DE 19886-5548 | | | Incurred: 2002-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 7,417.00 |
| ACCOUNT NO.  9464<br><br>Chase (WAMU)<br>PO Box 15548<br>Wilmington, DE 19886-5548 | | | Incurred: 2002-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 10,749.00 |

Sheet no.  2   of  14   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 50,044.00

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Robert A. Nelson & Pamela F. Nelson          ,        Case No.  8:11-bk-14687- TA
        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  N234<br><br>Chase Receivables<br>1247 Broadway<br>Sonoma, CA 95476 | | | Incurred: 2009<br>Consideration: Collection agent for Mystic Stamp Company MSC | | | | 115.00 |
| ACCOUNT NO.  5258<br><br>Chevron/GEMB<br>PO Box 530950<br>Atlanta, GA 30353-0950 | | | Incurred: 1997-2010<br>Consideration: Credit Card Debt (Unsecured) | | | | 1,872.00 |
| ACCOUNT NO.  6444<br><br>Citi/Home Depot<br>PO Box 653095<br>Dallas, TX 75265-0370 | | | Incurred: 2002-2010<br>Consideration: Credit Card Debt (Unsecured) | | | | 1,620.00 |
| ACCOUNT NO.  2294<br><br>Citi/Sears<br>PO Box 653095<br>Dallas, TX 75265-0370 | | | Incurred: 2002-2010<br>Consideration: Credit Card Debt (Unsecured) | | | | 15,538.00 |
| ACCOUNT NO.  0842<br><br>Citibank<br>PO Box 6077<br>Sioux Falls, SD 57117-6077 | | | Incurred: 2002-2010<br>Consideration: Credit Card Debt (Unsecured) | | | | 9,274.00 |

Sheet no.  3  of  14  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    28,419.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert A. Nelson & Pamela F. Nelson                    ,        Case No.   8:11-bk-14687- TA
                    **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  8021<br><br>Citibank/Shell<br>PO Box 660370<br>Dallas, TX 75266-0370 | | | Incurred: 2002-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 2,658.00 |
| ACCOUNT NO.  2828<br><br>Citibank/Shell<br>PO Box 660370<br>Dallas, TX 75266-370 | | | Incurred: 1998-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 6,838.00 |
| ACCOUNT NO.  6870<br><br>Citibank/Union76<br>PO Box 660370<br>Dallas, TX 75266-0370 | | | Incurred: 2002-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 3,042.00 |
| ACCOUNT NO.<br><br>Client Services, Inc.<br>3451 Harry's Truman Blvd.<br>St. Charles, MO 63301 | | | Consideration: Collection agent | | | | Notice Only |
| ACCOUNT NO.<br><br>CollectCorp Corporation<br>455 North 3rd St., Ste. 260<br>Phoenix, AZ 85004-3924 | | | Consideration: Collection agent | | | | Notice Only |

Sheet no.  4   of  14   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 12,538.00
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re    Robert A. Nelson & Pamela F. Nelson                    ,        Case No.    8:11-bk-14687- TA
                              **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Creditors Financial Grp LLC<br>PO Box 440290<br>Aurora, CO 80044 | | | Consideration: Collection agent | | | | Notice Only |
| ACCOUNT NO.  5855<br><br>Dell Financial Services<br>PO Box 6403<br>Carol Stream, IL 60197 | | | Incurred: 2008-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 1,228.00 |
| ACCOUNT NO.  5560<br><br>Discover<br>PO Box 29033<br>Phoenix, AZ 85038-9033 | | | Incurred: 2002-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 10,418.00 |
| ACCOUNT NO.  0218<br><br>Exxon Mobil<br>PO Box 688940<br>Des Moines, IA 50368-8940 | | | Incurred: 2002-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 1,069.00 |
| ACCOUNT NO.  5776<br><br>Firestone/CreditFirst NA<br>BK-16/Credit Operations<br>PO Box 81410<br>Cleveland, OH 44181-0410 | | | Incurred: 2002-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 1,935.00 |

Sheet no. 5 of 14 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    14,650.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Robert A. Nelson & Pamela F. Nelson</u>,      Case No. <u>8:11-bk-14687- TA</u>
**Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>FMS, Inc.<br>PO Box 823<br>Fort Mills, SC 29716-0823 | | | Consideration: Collecton agent | | | | Notice Only |
| ACCOUNT NO. 5599<br>GE Money Bank/CareCredit<br>PO Box 960061<br>Orlando, FL 32896-0061 | | | Incurred: 2008-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 4,991.00 |
| ACCOUNT NO. 1630<br>Ginny's<br>1112 7th Avenue<br>Monroe, WI 53566-1364 | | | Incurred: 2002-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 1,257.00 |
| ACCOUNT NO. 5980<br>HSBC Bank<br>PO Box 60107<br>City of Industry, CA 91716 | | | Incurred: 2002-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 8,623.00 |
| ACCOUNT NO.<br>Hunt & Henriques<br>151 Bernal Road, Ste 8<br>San Jose, CA 95119-1306 | | | Consideration: Collection agent | | | | Notice Only |

Sheet no. <u>6</u> of <u>14</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 14,871.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert A. Nelson & Pamela F. Nelson                      ,          Case No.    8:11-bk-14687- TA
            **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  9954<br><br>Kohl's<br>PO Box 3084<br>Milwaukee, wI 53201-3084 | | | Incurred: 2008-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 1,257.00 |
| ACCOUNT NO.  4976<br><br>Lowe's/GEMB<br>PO Box 530914<br>Atlanta, GA 30353-0914 | | | Incurred: 2008-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 443.00 |
| ACCOUNT NO.<br><br>LTD Financial Services LP<br>7322 Southwest Freeway<br>Suite 1600<br>Houston, TX 77074 | | | Consideration: Collection agent | | | | Notice Only |
| ACCOUNT NO.  4063<br><br>Macy's<br>PO Box 689195<br>Des Moines, IA 50368-9195 | | | Incurred: 2002-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 2,715.00 |
| ACCOUNT NO.  9027<br><br>Macy's<br>PO Box 689195<br>Des Moines, IA 50368-9195 | | | Incurred: 2002-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 2,286.00 |

Sheet no.   7   of  14   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   | $   6,701.00

Total ➤   | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert A. Nelson & Pamela F. Nelson                          ,        Case No.    8:11-bk-14687- TA
                        **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2836<br><br>Macy's Visa<br>PO Box 183084<br>Columbus, OH 43218-3084 | | | Incurred: 2002-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 9,869.00 |
| ACCOUNT NO.  2444<br><br>Macy's Visa<br>PO Box 689194<br>Des Moines, IA 50368-9194 | | | Incurred: 2002-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 8,570.00 |
| ACCOUNT NO.<br><br>Merchants' Credit Guide Co<br>223 W Jackson Blvd., #400<br>Chicago, IL 60606 | | | Consideration: Collection agent | | | | Notice Only |
| ACCOUNT NO.  9499<br><br>Metrostyle<br>PO Box 659728<br>San Antonio, TX 78265-9728 | | | Incurred: 2002-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 408.00 |
| ACCOUNT NO.<br><br>Monarch Recovery Mgmnt Inc.<br>10965 Decatur Rd<br>Philadelphia, PA 19154 | | | Consideration: Collection agent | | | | Notice Only |

Sheet no.  8   of  14   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    18,847.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert A. Nelson & Pamela F. Nelson_____ ,        Case No.   8:11-bk-14687- TA_____
               **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>National Enterprise Systems<br>29125 Solon Road<br>Solon, OH 44139-3442 | | | Consideration: Collection agent | | | | Notice Only |
| ACCOUNT NO.<br><br>NCO Financial Systems<br>PO Box 4906<br>Dept 64<br>Trenton, NJ 08650 | | | Consideration: Collection agent | | | | Notice Only |
| ACCOUNT NO.  1259<br><br>NDEx West, L.L.C.<br>15000 Surveyor Boulevard<br>Suite 500<br>Addison, TX 75001-9013 | | | Consideration: Notice Only | | | | Notice Only |
| ACCOUNT NO.  0826<br><br>Newport News<br>PO Box 659705<br>San Antonio, TX 78265-9705 | | | Incurred: 2002-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 312.00 |
| ACCOUNT NO.  1507<br><br>Nordstrom Bank<br>PO Box 79134<br>Phoenix, AZ 85062-9134 | | | Incurred: 2002-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 1,229.00 |

Sheet no.  9   of  14   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 1,541.00

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Robert A. Nelson & Pamela F. Nelson_____,    Case No. ___8:11-bk-14687- TA_____
         **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9320<br><br>North Shore Agency<br>4000 East Fifth Ave<br>Columbus, OH 43219 | | | Incurred: 2010<br>Consideration: Collection agent for Better Homes & Gardens | | | | 171.00 |
| ACCOUNT NO.<br><br>Omni Credit Service of Florida Inc<br>PO Box 33179<br>Tampa, FL 33631 | | | Consideration: Notice Only | | | | Notice Only |
| ACCOUNT NO. 6735<br><br>Oxmoor House<br>PO Box 361090<br>Des Moines, IA 50336 | | | Incurred: 2009<br>Consideration: Book club | | | | 37.00 |
| ACCOUNT NO. 1570<br><br>Seventh Avenue<br>1112 7th Avenue<br>Monroe, WI 53566-1364 | | | Incurred: 2002-2010<br>Consideration: Credit Card Debt (Unsecured) | | | | 249.00 |
| ACCOUNT NO. 2018<br><br>Talbots Classics National Bank<br>PO Box 740158<br>Cincinnati, OH 45274 | | | Incurred: 2002-2010<br>Consideration: Credit Card Debt (Unsecured) | | | | 508.00 |

Sheet no. __10__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    965.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Robert A. Nelson & Pamela F. Nelson                    ,        Case No.    8:11-bk-14687- TA
_____                                   _____
                    **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  184A<br><br>The Swiss Colony<br>1112 7th Avenue<br>Monroe, WI 53566-1364 | | | Incurred: 2002-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 763.00 |
| ACCOUNT NO.<br><br>United Recovery System LP<br>PO Box 721168<br>Houston, TX 77272-1168 | | | Consideration: Collection agent | | | | Notice Only |
| ACCOUNT NO.  6671<br><br>USBank<br>PO Box 108<br>St Louis, MO 63166-9801 | | | Incurred: 2008-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 1,213.00 |
| ACCOUNT NO.  4756<br><br>Wells Fargo Financial Cards<br>PO Box 30358<br>Los Angeles, CA 90030-0358 | | | Incurred: 2002-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 5,570.00 |
| ACCOUNT NO.  5300<br><br>Wescom Credit Union<br>PO Box 7042<br>Pasadena, CA 91109-7042 | | | Incurred: 2008<br>Consideration: Personal Loan | | | | 304.00 |

Sheet no.  11  of  14  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤        $      7,850.00

Total ➤        $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re __Robert A. Nelson & Pamela F. Nelson_____,     Case No. ___8:11-bk-14687- TA_____
          **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5302<br><br>Wescom Credit Union LOC<br>PO Box 7042<br>Pasadena, CA 91109-7042 | | | Incurred: 2002-2010<br>Consideration: Personal Line of Credit | | | | 9,497.00 |
| ACCOUNT NO.  7311<br><br>Wescom Credit Union Visa<br>PO Box 7027<br>Pasadena, CA 91109-7027 | | | Incurred: 2000-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 3,709.00 |
| ACCOUNT NO.  7827<br><br>WFNNB-Avenue<br>PO Box 659584<br>San Antonio, TX 78265-9584 | | | Incurred: 2002-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 630.00 |
| ACCOUNT NO.  1877<br><br>WFNNB/Brylane Home<br>PO Box 659728<br>San Antonio, TX 78265-9728 | | | Incurred: 2002-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 652.00 |
| ACCOUNT NO.  1624<br><br>WFNNB/Chadwicks<br>PO Box 659728<br>San Antonio, TX 78265-9728 | | | Incurred: 2002-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 923.00 |

Sheet no. _12_ of _14_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 15,411.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert A. Nelson & Pamela F. Nelson                    ,          Case No.    8:11-bk-14687- TA
               **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0221 <br><br> WFNNB/Crate & Barrel <br> PO Box 659705 <br> San Antonio, TX 78265-9705 | | | Incurred: 2002-2010 <br> Consideration: Credit Card Debt <br> (Unsecured) | | | | 2,362.00 |
| ACCOUNT NO.  0266 <br><br> WFNNB/Fashion Bug <br> PO Box 659728 <br> San Antonio, TX 78265-9728 | | | Incurred: 2002-2010 <br> Consideration: Credit Card Debt <br> (Unsecured) | | | | 2,310.00 |
| ACCOUNT NO.  0155 <br><br> WFNNB/Jessica London <br> PO Box 659728 <br> San Antonio, TX 78265-9728 | | | Incurred: 2002-2010 <br> Consideration: Credit Card Debt <br> (Unsecured) | | | | 547.00 |
| ACCOUNT NO.  9324 <br><br> WFNNB/OneStopPlus.com <br> PO Box 659728 <br> San Antonio, TX 78265-9728 | | | Incurred: 2002-2010 <br> Consideration: Credit Card Debt <br> (Unsecured) | | | | 620.00 |
| ACCOUNT NO.  9880 <br><br> WFNNB/Romans <br> PO Box 659728 <br> San Antonio, TX 78265-9728 | | | Incurred: 2002-2010 <br> Consideration: Credit Card Debt <br> (Unsecured) | | | | 859.00 |

Sheet no.   13   of   14   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 6,698.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Robert A. Nelson & Pamela F. Nelson                 ,        Case No.   8:11-bk-14687- TA
          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4410<br><br>WFNNB/Woman Within<br>PO Box 659728<br>San Antonio, TX 78265-9728 | | | Incurred: 2002-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 309.00 |
| ACCOUNT NO.  9545<br><br>World Financial Capital Bank<br>PO Box 183003<br>Columbus, OH 43218 | | | Incurred: 2009-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 679.00 |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |

Sheet no.  14  of  14  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

|  | | |
|---|---|---|
| Subtotal ➤ | $ | 988.00 |
| Total ➤ | $ | 233,224.00 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

B6G (Official Form 6G) (12/07)

In re <u>Robert A. Nelson & Pamela F. Nelson</u>            Case No. <u>8:11-bk-14687- TA</u>
_____                              _____
           **Debtor**                                                      **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

      Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the
names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or
contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe,
guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☑   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

**B6H (Official Form 6H) (12/07)**

In re ___Robert A. Nelson & Pamela F. Nelson___          Case No. ___8:11-bk-14687- TA___
             **Debtor**                                                      **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

B6I (Official Form 6I) (12/07)

In re  Robert A. Nelson & Pamela F. Nelson     Case     8:11-bk-14687- TA
_____
**Debtor**                                                     **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:  Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): Son | AGE(S): 21 mos. |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Director, Regional Group | Paralegal |
| Name of Employer | HealthCare Partners | The Lobel Firm, LLP |
| How long employed | 10 mos. | 11 mos. |
| Address of Employer | 2160 W. 190th Street | 840 Newport Center Dr. #750 |
| | Torrance, CA 90504 | Newport Beach, CA 92660 |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | | $  10,623.00 | $ | 3,548.00 |
| 2. Estimated monthly overtime | | $  0.00 | $ | 0.00 |
| 3. SUBTOTAL | | $  10,623.00 | $ | 3,548.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | | $  2,481.00 | $ | 937.00 |
| b. Insurance | | $  0.00 | $ | 0.00 |
| c. Union Dues | | $  0.00 | $ | 0.00 |
| d. Other (Specify:_____) | | $  0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $  2,481.00 | $ | 937.00 |
| 6.. TOTAL NET MONTHLY TAKE HOME PAY | | $  8,142.00 | $ | 2,611.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | | $  0.00 | $ | 0.00 |
| 8. Income from real property | | $  0.00 | $ | 0.00 |
| 9. Interest and dividends | | $  0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | $  0.00 | $ | 0.00 |
| 11. Social security or other government assistance ( Specify) | | $  0.00 | $ | 0.00 |
| 12. Pension or retirement income | | $  0.00 | $ | 0.00 |
| 13. Other monthly income  (S)Part-time Work (Specify) | | $  0.00 $  0.00 | $ | 206.00 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $  0.00 | $ | 206.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | | $  8,142.00 | $ | 2,817.00 |
| 16. COMBINED AVERAGE  MONTHLY INCOME  (Combine column totals from line 15) | | | $  10,959.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

None
_____
_____
_____

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

In re   Robert A. Nelson & Pamela F. Nelson     Case No.   8:11-bk-14687- TA
      **Debtor**                                                        **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 3,031.00 |
|    a. Are real estate taxes included?    Yes _____ No __✓__ | | |
|    b. Is property insurance included?    Yes _____ No __✓__ | | |
| 2. Utilities: a. Electricity and heating fuel | | $ 270.00 |
|          b. Water and sewer | | $ 50.00 |
|          c. Telephone | | $ 250.00 |
|          d. Other   Internet and Direct TV | | $ 210.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 100.00 |
| 4. Food | | $ 850.00 |
| 5. Clothing | | $ 140.00 |
| 6. Laundry and dry cleaning | | $ 80.00 |
| 7. Medical and dental expenses | | $ 250.00 |
| 8. Transportation (not including car payments) | | $ 750.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 150.00 |
| 10.Charitable contributions | | $ 95.00 |
| 11.Insurance (not deducted from wages or included in home mortgage payments) | | |
|        a. Homeowner's or renter's | | $ 95.00 |
|        b. Life | | $ 231.00 |
|        c. Health | | $ 0.00 |
|        d.Auto | | $ 113.00 |
|        e. Other   Disability Ins. | | $ 43.00 |
| 12.Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)     Real Estate | | $ 412.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|        a. Auto | | $ 429.00 |
|        b. Other   Childcare | | $ 1,270.00 |
|        c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other     Gifts(25),Grooming (80),Diapers(80),TaxPrep (10) | | $ 195.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | | $ 9,014.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

    None
_____
_____
_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|    a. Average monthly income from Line 15 of Schedule I (Includes spouse income of $2,817.00. See Schedule I) | | $ 10,959.00 |
|    b. Average monthly expenses from Line 18 above | | $ 9,014.00 |
|    c. Monthly net income (a. minus b.)    (Net includes Debtor/Spouse combined Amounts) | | $ 1,945.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

Robert A. Nelson & Pamela F. Nelson

In re _____    Case No.    8:11-bk-14687- TA
                    **Debtor**                                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____32____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___4/12/11_____        Signature:    ___/s/ Robert Andrew Nelson_____
                                                                                    **Debtor**

Date ___4/12/11_____        Signature:    ___/s/ Pamela Frances Nelson_____
                                                                            **(Joint Debtor, if any)**

[If joint case, both spouses must sign.]

--------------------------------------------------------------------------------------------------------------------
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,                          Social Security No.
of Bankruptcy Petition Preparer                                      *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____        _____
    Signature of Bankruptcy Petition Preparer                                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

--------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets *(total shown on summary page plus 1),*and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _____

                                                                _____
                                                                [Print or type name of individual signing on behalf of debtor.]
--------------------------------------------------------------------------------------------------------------------
                        *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
--------------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In Re  Robert A. Nelson & Pamela F. Nelson                           Case No.  8:11-bk-14687- TA
                                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|            | AMOUNT    |          | SOURCE |
|------------|-----------|----------|--------|
| 2011(db)   | $29,462   | Earnings |        |
| 2010(db)   | $68,407   | Earnings |        |
| 2009(db)   | $127,313  | Earnings |        |
|            |           |          |        |
| 2011(jdb)  | $11,264   | Earnings |        |
| 2010(jdb)  | $68,354   | Earnings |        |
| 2009(jdb)  | $48,384   | Earnings |        |

**2.    Income other than from employment or operation of business**

None

☐

       State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|---|---|---|
| 2010  (db) | $1,738 | IRA Withdrawal |
| 2009(db) | $5,600 | Life Insurance Loan |
| 2010(jdb) | $4,628 | IRA Withdrawal |
| 2009(jdb) | $6,338 | Disability ($3075); IRA Withdrawal ($3263) |

**3. Payments to creditors**

None

☐

  *Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Americredit<br>PO Box 183593<br>Arlington, TX 76096 | $428.76 Monthly | $1,286.28 | $21,144.21 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

None
☒

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☒

*c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Robert A. Nelson and Pamela F. Nelson vs. Ace Property Management, LLC Case No. 302011-00445974-SC-SC-CJC | Breach of Contract | Superior Court of California County of Orange | Judgement |

None   b.    Describe all property that has been attached, garnished or seized under any legal or equitable process
☐    within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter
12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Wells Fargo Financial PO Box 30660 Los Angeles, CA 90030-0660 | Trustee Sale Date: 4/5/2011 | Residence located at 2344 E Dana Ave., Orange, CA 92867 Value:  $418,000 |

5.    **Repossessions, foreclosures and returns**

None   ☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a
deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement
of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

6.   **Assignments and Receiverships**

None   ☒    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately
preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include
any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None   ☒    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within
one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or
chapter 13 must include information concerning property of either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None    List all gifts or charitable contributions made within one year immediately preceding the commencement of
☐    this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual
family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing
under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| Salinas Host Lion's Club Salinas, CA | Charity | 5/2010 | US Open Pebble Beach Golf Tickets Value:  $600 |
| Goodwill Industries Salinas, CA | Charity | 3/2010 | Various clothing, baby items, furniture and household items Value:  $2,500 |
| USS Midway San Diego, CA | Charity | 9/2010 | Cash Value: $100 |
| Aquarium of the Pacific Long Beach, CA | Charity | 6/2010 | Cash Value: $100 |
| Salinas Host Lion's Club Salinas, CA | Charity | Various | Cash Value:  $260 |
| Steinbeck Rotary Club Salinas, CA | Charity | Various | Cash Value: $350 |

**8.  Losses**

None    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒    commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12
or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.    Payments related to debt counseling or bankruptcy**

None

☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Halli B. Heston, Esq. Heston & Heston, Attorneys At Law 19700 Fairchild Road Suite 200 Irvine, CA 92612 | 3/2010 | $274 filing fee |

**10.    Other transfers**

None

☐

a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| Selman Chevrolet Co. 1800 East Chapman Orange, CA 92867  Relationship: None | 10/2010 | Traded 1999 Honda Accord EX towards purchase of 2011 Chevrolet Equinox LS Value received towards down payment:  $1,500 |

b.    List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None

☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11.  Closed financial accounts**

None  ☐        List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Wescom Credit Union PO Box 7042 Pasadena, CA 91109-7042 | Checking Acct. No. Savings Acct. No.  Closing Balance: $30.00; $6.00 | Bank closed 12/2010 |

**12.  Safe deposit boxes**

None  ☒        List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None  ☒        List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None  ☒        List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

**15.  Prior address of debtor**

None

☐

    If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 966 Hancock St. Salinas, CA 93606 | Robert and Pamela Nelson | 7/2008 to 3/2009 |
| 2344 E Dana Ave. Orange, CA 92867 | Robert and Pamela Nelson | 2002 to 7/2008 |

**16.  Spouses and Former Spouses**

None

☒

    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

        NAME

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

    "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

    "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None

☒

    a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18. Nature, location and name of business**

None
☒

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
| --- | --- |

### [Questions 19 - 25 are not applicable to this case]

*    *    *    *    *    *

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ___4/12/11_____    Signature    /s/ Robert Andrew Nelson
                                       of Debtor     _____
                                                     ROBERT ANDREW NELSON

Date ___4/12/11_____    Signature      /s/ Pamela Frances Nelson
                                       of Joint Debtor _____
                                                     PAMELA FRANCES NELSON

___0___ continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

B203
12/94

# United States Bankruptcy Court
### Central District of California

In re  Robert A. Nelson & Pamela F. Nelson

Case No. _____8:11-bk-14687- TA_____

Chapter _____13_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s)
and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services
rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept .............................…………………........ $ ____4,000.00____

Prior to the filing of this statement I have received .........…………….............. $ ____0.00____

Balance Due ...........................……………………….............. $ ____4,000.00____

2.   The source of compensation paid to me was:

☐ Debtor   ☑ Other (specify)   Through Chapter 13 Plan

3.   The source of compensation to be paid to me is:

☐ Debtor   ☑ Other (specify)   Through Chapter 13 Plan

4.   ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and
associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates
of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:
See Rights and Responsibilities Agreement and subject to the Chapter 13 Plan.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the
debtor(s) in the bankruptcy proceeding.

4/12/11 _____   /s/ Halli B. Heston _____

_Date_                                     _Signature of Attorney_

Heston & Heston, Attorneys At Law _____

_Name of law firm_

February 2006                                        2006 USBC Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re  ROBERT ANDREW NELSON<br>PAMELA NELSONX<br><div align="right">Debtor(s).</div> | CHAPTER: 13<br><br>CASE NO.: 8:11-bk-14687- TA |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, <u>ROBERT ANDREW NELSON</u>                          , the debtor in this case, declare under penalty
<div align="center">(Print Name of Debtor)</div>

of perjury under the laws of the United States of America that:

[X]  I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the
60-day period prior to the date of the filing of my bankruptcy petition.
(*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

[ ]  I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received
no payment from any other employer.

[ ]  I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, <u>PAMELA NELSON</u>                          , the debtor in this case, declare under penalty of
<div align="center">(Print Name of Joint Debtor, if any)</div>

perjury under the laws of the United States of America that:

[X]  I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for
the 60-day period prior to the date of the filing of my bankruptcy petition.
(*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

[ ]  I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received
no payment from any other employer.

[ ]  I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date  4/12/11                          Signature     /s/ Robert Andrew Nelson
<div align="center">Debtor</div>
ROBERT ANDREW NELSON

Date  4/12/11                          Signature     /s/ Pamela Nelson
<div align="center">Joint Debtor (if any)</div>
PAMELA NELSON

<div align="right">CCD-521</div>

Welcome NELSON, ROBERT A., using Production Database
at 07:16 a.m. on Mar-18-11



**Earnings > Pay Stubs**

| | | | |
|---|---|---|---|
| Employee: NELSON, ROBERT A. | Begin Date: Feb-27-11 | | HealthCare Partners |
| Employee ID: 13292 | End Date: Mar-12-11 | | Medical Group and Affiliated Physicians |
| Social Security Number: ▓▓▓▓▓ | Check Date: Mar-18-11 | | |
| Payroll Unit: N2957102 (SB/LB-Ops Admin-Nonprov) | Check Number: 999950862 | | |
| | Check Amount: 3609.05 | | |

| Pays | Amount | Hours | Rate | Year to Date |
|---|---|---|---|---|
| 1 (Regular Pay) | 4880.00 | 80.00 | 61.0000 | 26840.00 |
| 70 (Health Waived) | 50.00 | | | 150.00 |
| 89 (Grp Term Life (excess of $50k)) | 5.33 | | | 31.98 |
| 22 (Pto Scheduled) | | | | 488.00 |
| 24 (Holiday) | | | | 1952.00 |

| Deductions | Amount | Arrearage | | Year to Date |
|---|---|---|---|---|
| GTLDED (Group Term Life Deduction) | 5.33 | 0.00 | | 31.98 |

| Taxes | Amount | Taxable Wages | | Year to Date |
|---|---|---|---|---|
| FIT (FIT) | 717.49 | 4935.33 | | 4267.44 |
| MEDCARE (MEDICARE) | 71.56 | 4935.33 | | 427.20 |
| OASDI (OASDI) | 207.28 | 4935.33 | | 1237.40 |
| SDI06 (SDI) | 59.16 | 4930.00 | | 353.16 |
| SIT06 (SIT) | 265.46 | 4935.33 | | 1577.43 |

| | Earnings | Deductions | Taxes | = | Net Pay |
|---|---|---|---|---|---|
| Current | 4935.33 | 5.33 | 1320.95 | | 3609.05 |
| Year To Date | 29461.98 | 31.98 | 7862.63 | | 21567.37 |

, HealthCare Partners, 19191 S Vermont Avenue, Torrance, CA (California), 90502

© 2007 NOW Solutions Inc.

Welcome NELSON, ROBERT A., using Production Database
at 07:16 a.m. on Mar-18-11



Earnings > Pay Stubs

| | | | |
|---|---|---|---|
| Employee: NELSON, ROBERT A. | Begin Date: Feb-13-11 | HealthCare Partners. | |
| Employee ID: 13292 | End Date: Feb-26-11 | Medical Group and Affiliated Physicians | |
| Social Security Number: ▓▓▓▓▓▓ | Check Date: Mar-04-11 | | |
| Payroll Unit: N2957102 (SB/LB-Ops Admin-Nonprov) | Check Number: 999954202 | | |
| | Check Amount: 3580.08 | | |

| Pays | Amount | Hours | Rate | Year to Date |
|---|---|---|---|---|
| 1 (Regular Pay) | 4392.00 | 72.00 | 61.0000 | 21960.00 |
| 20 (Pto Total) | | 8.00 | 0.0000 | 0.00 |
| 24 (Holiday) | 488.00 | 8.00 | 61.0000 | 1952.00 |
| 89 (Grp Term Life (excess of $50k)) | 5.33 | | | 26.65 |
| 22 (Pto Scheduled) | | | | 488.00 |
| 70 (Health Waived) | | | | 100.00 |

| Deductions | Amount | Arrearage | Year to Date |
|---|---|---|---|
| GTLDED (Group Term Life Deduction) | 5.33 | 0.00 | 26.65 |

| Taxes | Amount | Taxable Wages | Year to Date |
|---|---|---|---|
| FIT (FIT) | 704.99 | 4885.33 | 3549.95 |
| MEDCARE (MEDICARE) | 70.84 | 4885.33 | 355.64 |
| OASDI (OASDI) | 205.18 | 4885.33 | 1030.12 |
| SDI06 (SDI) | 58.56 | 4880.00 | 294.00 |
| SIT06 (SIT) | 260.35 | 4885.33 | 1311.97 |

| | Earnings | Deductions | Taxes | = | Net Pay |
|---|---|---|---|---|---|
| Current | 4885.33 | 5.33 | 1299.92 | | 3580.08 |
| Year To Date | 24526.65 | 26.65 | 6541.68 | | 17958.32 |

, HealthCare Partners, 19191 S Vermont Avenue, Torrance, CA (California), 90502

© 2007 NOW Solutions Inc.

Welcome NELSON, ROBERT A., using Production Database
at 02:01 p.m. on Feb-25-11

MY EMPATH

Earnings > Pay Stubs

| | | | HealthCare Partners. |
|---|---|---|---|
| Employee: NELSON, ROBERT A. | Begin Date: Jan-30-11 | | Medical Group and Affiliated Physicians |
| Employee ID: 13292 | End Date: Feb-12-11 | | |
| Social Security Number: | Check Date: Feb-18-11 | | |
| Payroll Unit: N2957102 (SB/LB-Ops Admin-Nonprov) | Check Number: 999957520 | | |
| | Check Amount: 3609.04 | | |

| Pays | Amount | Hours | Rate | Year to Date |
|---|---|---|---|---|
| 1 (Regular Pay) | 4880.00 | 80.00 | 61.0000 | 17568.00 |
| 70 (Health Waived) | 50.00 | | | 100.00 |
| 89 (Grp Term Life (excess of $50k)) | 5.33 | | | 21.32 |
| 22 (Pto Scheduled) | | | | 488.00 |
| 24 (Holiday) | | | | 1464.00 |

| Deductions | Amount | Arrearage | Year to Date |
|---|---|---|---|
| GTLDED (Group Term Life Deduction) | 5.33 | 0.00 | 21.32 |

| Taxes | Amount | Taxable Wages | Year to Date |
|---|---|---|---|
| FIT (FIT) | 717.49 | 4935.33 | 2844.96 |
| MEDCARE (MEDICARE) | 71.56 | 4935.33 | 284.80 |
| OASDI (OASDI) | 207.29 | 4935.33 | 824.94 |
| SDI06 (SDI) | 59.16 | 4930.00 | 235.44 |
| SIT06 (SIT) | 265.46 | 4935.33 | 1051.62 |

| | Earnings | Deductions | Taxes | = | Net Pay |
|---|---|---|---|---|---|
| Current | 4935.33 | 5.33 | 1320.96 | | 3609.04 |
| Year To Date | 19641.32 | 21.32 | 5241.76 | | 14378.24 |

, HealthCare Partners, 19191 S Vermont Avenue, Torrance, CA (California), 90502

© 2007 NOW Solutions Inc.

Pay Stub Details                                                                                                Page 1 of 1

Welcome NELSON, ROBERT A., using Production Database
at 02:01 p.m. on Feb-25-11

**Earnings > Pay Stubs**

| Employee: NELSON, ROBERT A. | Begin Date: Jan-16-11 | HealthCare Partners |
|---|---|---|
| Employee ID: 13292 | End Date: Jan-29-11 | Medical Group and Affiliated Physicians |
| Social Security Number: | Check Date: Feb-04-11 | |
| Payroll Unit: N2957102 (SB/LB-Ops Admin-Nonprov) | Check Number: 999960842 | |
| | Check Amount: 3580.08 | |

| Pays | Amount | Hours | Rate | Year to Date |
|---|---|---|---|---|
| 1 (Regular Pay) | 4392.00 | 72.00 | 61.0000 | 12688.00 |
| 20 (Pto Total) | | 8.00 | 0.0000 | 0.00 |
| 24 (Holiday) | 488.00 | 8.00 | 61.0000 | 1464.00 |
| 89 (Grp Term Life (excess of $50k)) | 5.33 | | | 15.99 |
| 22 (Pto Scheduled) | | | | 488.00 |
| 70 (Health Waived) | | | | 50.00 |

| Deductions | Amount | Arrearage | | Year to Date |
|---|---|---|---|---|
| GTLDED (Group Term Life Deduction) | 5.33 | 0.00 | | 15.99 |

| Taxes | Amount | Taxable Wages | | Year to Date |
|---|---|---|---|---|
| FIT (FIT) | 704.99 | 4885.33 | | 2127.47 |
| MEDCARE (MEDICARE) | 70.84 | 4885.33 | | 213.24 |
| OASDI (OASDI) | 205.18 | 4885.33 | | 617.65 |
| SDI06 (SDI) | 58.56 | 4880.00 | | 176.28 |
| SIT06 (SIT) | 260.35 | 4885.33 | | 786.16 |

| | Earnings | Deductions | Taxes | = | Net Pay |
|---|---|---|---|---|---|
| Current | 4885.33 | 5.33 | 1299.92 | | 3580.08 |
| Year To Date | 14705.99 | 15.99 | 3920.80 | | 10769.20 |

, HealthCare Partners, 19191 S Vermont Avenue, Torrance, CA (California), 90502

© 2007 NOW Solutions Inc.

*The Lobel Firm, LLP*
840 Newport Center Drive
Ste 750
Newport Beach, CA 92660
Payroll: 03/10/11 to 03/23/11

Pacific Mercantile Bank
Newport Beach, CA

Check No. **D00219**

| DATE | AMOUNT |
|---|---|
| 03/25/2011 | $0.00 |

90-4286/1222

PAY *** VOID *** VOID *** VOID *** VOID *** VOID *** VOID ***

To The Order Of    **Pamela Nelson**
**2344 E. Dana Ave**
**Orange, CA 92867**

Authorized Signature

*** Void After 90 Days ***

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK. HOLD AT AN ANGLE TO VIEW.

---

Payee: Pamela Nelson
Soc Sec #: ▓▓▓▓▓▓
Payee #: 00000006
Pay Type: Hourly
Pay Rate: $53.50    Bi-Weekly

Pay Date: 3/25/11       Stat    Exmp    Dep
Closing Date: 3/23/11   Fed: Married  3
Check Number: D00219    St: Married   3      0

The Lobel Firm, LLP
840 Newport Center Drive
Ste 750
Newport Beach, CA 92660

*Wages, Tips and Other Compensation*                    *Deductions and Other Adjustments*                        *Taxes*

| | Current | | YTD | | | Current | | YTD | | | | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hours | Pay | Hours | Pay | Type | ID | Amount | Match | Amount | Match | | | |
| Regular | 20:00 | $1,070.00 | 199:00 | $10,646.50 | *Deductions* | | | | | | Federal | $33.92 | $774.58 |
| Gross Pay: | 20:00 | $1,070.00 | 199:00 | $10,646.50 | *Reimbursements (Add to Net Pay)* | | | | | | FICA | $44.94 | $447.15 |
| | | | | | | | | | | | Medicare | $15.52 | $154.38 |
| | | | | | | | | | | | CA State | $0.00 | $135.77 |
| | | | | | | | | | | | CA SDI | $12.84 | $127.76 |
| | | | | | | | | | | | TOTAL: | $107.22 | $1,639.64 |

NET PAY:          $962.78              $9,006.86

---

*Itemized Time and Pay By Department*                                                   *Accruals*

| ID | Dept Name | Hrs/Pcs | Rate | Amt |
|---|---|---|---|---|
| 00000000 | Main | 20:00 | $53.50 | $1,070.00 |
| Grand Total: | | 20:00 | | $1,070.00 |

Account Number       Amount              *Other Pay Information and Comments*
▓▓▓▓▓▓               $962.78

*Current Period Clocked Time (hh:mm)*

Date-Range                                                                     Total

Home Location: 00000000   Main              Home Department 00000000   Main

**The Lobel Firm, LLP**
840 Newport Center Drive
Ste 750
Newport Beach, CA 92660
Payroll: 02/24/11 to 03/09/11

Pacific Mercantile Bank
Newport Beach, CA

Check No. D00216

| DATE | AMOUNT |
|---|---|
| 03/11/2011 | $0.00 |

90-4286/1222

PAY  *** VOID *** VOID *** VOID *** VOID *** VOID *** VOID ***

To The Order Of   Pamela Nelson
                  2344 E. Dana Ave
                  Orange, CA 92867

                                                    Authorized Signature

                                                    *** Void After 90 Days ***

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

---

| Payee: Pamela Nelson | | | | Pay Date: 3/11/11 | Stat | Exmpt | Dep | The Lobel Firm, LLP |
| Soc Sec #: ■■■■■■ | Pay Type: Hourly | | | Closing Date: 3/9/11 | Fed: Married | 3 | | 840 Newport Center Drive |
| Payee #: 00000006 | Pay Rate: $53.50 | Bi-Weekly | | Check Number: D00216 | St: Married | 3 | 0 | Ste 750 |
| | | | | | | | | Newport Beach, CA 92660 |

**Wages, Tips and Other Compensation**            **Deductions and Other Adjustments**            **Taxes**

| | Current | | YTD | | | | Current | | YTD | | | | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hours | Pay | Hours | Pay | Type | ID | Amount | Match | Amount | Match | | | | |
| Regular | 32:00 | $1,712.00 | 179:00 | $9,576.50 | Deductions | | | | | | Federal | | $114.49 | $740.66 |
| Gross Pay: | 32:00 | $1,712.00 | 179:00 | $9,576.50 | Reimbursements (Add to Net Pay) | | | | | | FICA | | $71.90 | $402.21 |
| | | | | | | | | | | | Medicare | | $24.82 | $138.86 |
| | | | | | | | | | | | CA State | | $15.60 | $135.77 |
| | | | | | | | | | | | CA SDI | | $20.54 | $114.92 |
| | | | | | | | | | | | TOTAL: | | $247.35 | $1,532.42 |

NET PAY:          $1,464.65          $8,044.08

---

**Itemized Time and Pay By Department**                          **Accruals**

| ID | Dept Name | Hrs/Pcs | Rate | Amt |
|---|---|---|---|---|
| 00000000 | Main | 32:00 | $53.50 | $1,712.00 |
| Grand Total: | | 32:00 | | $1,712.00 |

| Account Number | Amount | **Other Pay Information and Comments** |
|---|---|---|
| ■■■■■ | $1,464.65 | |

**Current Period Clocked Time (hh:mm)**

Date-Range                                              Total

Home Location  00000000   Main              Home Department 00000000    Main

*The Lobel Firm, LLP*
840 Newport Center Drive
Ste 750
Newport Beach, CA 92660
Payroll: 02/10/11 to 02/23/11

Pacific Mercantile Bank
Newport Beach, CA

Check No. D00213

| DATE | AMOUNT |
|---|---|
| 02/25/2011 | $0.00 |

90-4286/1222

PAY *** VOID *** VOID *** VOID *** VOID *** VOID *** VOID ***

To The Order Of   **Pamela Nelson**
**2344 E. Dana Ave**
**Orange, CA 92867**

_____
Authorized Signature

*** Void After 90 Days ***

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK  HOLD AT AN ANGLE TO VIEW

---

| Payee: Pamela Nelson | | | | Pay Date: 2/25/11 | | Stat | Exmpt | Dep | The Lobel Firm, LLP |
|---|---|---|---|---|---|---|---|---|---|
| Soc Sec #: ▓▓▓ | Pay Type: Hourly | | | Closing Date: 2/23/11 | | Fed: Married | 3 | | 840 Newport Center Drive Ste 750 |
| Payee #: 00000006 | Pay Rate: $53.50 | Bi-Weekly | | Check Number: D00213 | | St: Married | 3 | 0 | Newport Beach, CA 92660 |

**Wages, Tips and Other Compensation**

**Deductions and Other Adjustments**

**Taxes**

| | Current | | YTD | | | | Current | | YTD | | | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hours | Pay | Hours | Pay | Type | ID | Amount | Match | Amount | Match | | | |
| Regular | 44:00 | $2,354.00 | 147:00 | $7,864.50 | Deductions | | | | | | Federal | $210.79 | $626.17 |
| Gross Pay: | 44:00 | $2,354.00 | 147:00 | $7,864.50 | Reimbursements (Add to Net Pay) | | | | | | FICA | $98.87 | $330.31 |
| | | | | | | | | | | | Medicare | $34.13 | $114.04 |
| | | | | | | | | | | | CA State | $44.23 | $120.17 |
| | | | | | | | | | | | CA SDI | $28.25 | $94.38 |
| | | | | | | | | | | | TOTAL: | $416.27 | $1,285.07 |

| NET PAY: | $1,937.73 | $6,579.43 |
|---|---|---|

---

**Itemized Time and Pay By Department**                    *Accruals*

| ID | Dept Name | Hrs/Pcs | Rate | Amt |
|---|---|---|---|---|
| 00000000 | Main | 44:00 | $53.50 | $2,354.00 |
| Grand Total: | | 44:00 | | $2,354.00 |

| Account Number | Amount |
|---|---|
| ▓▓▓▓▓ | $1,937.73 |

*Other Pay Information and Comments*

*Current Period Clocked Time (hh:mm)*

Date-Range                                                                 Total

Home Location  00000000    Main              Home Department  00000000    Main

*The Lobel Firm, LLP*
840 Newport Center Drive
Ste 750
Newport Beach, CA 92660
Payroll: 01/27/11 to 02/09/11

Pacific Mercantile Bank
Newport Beach, CA

Check No. **D00210**

| DATE | AMOUNT |
|------|--------|
| 02/11/2011 | $0.00 |

90-4286/1222

PAY *** VOID *** VOID *** VOID *** VOID *** VOID *** VOID ***

To The Order Of   Pamela Nelson
2344 E. Dana Ave
Orange, CA 92867

Authorized Signature

*** Void After 90 Days ***

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK   HOLD AT AN ANGLE TO VIEW

---

Payee: Pamela Nelson
Soc Sec #: ▓▓▓▓   Pay Type: Hourly
Payee #: 00000006   Pay Rate: $53.50   Bi-Weekly

Pay Date: 2/11/11
Closing Date: 2/9/11
Check Number: D00210

| Stat | Exmpt | Dep |
|------|-------|-----|
| Fed: Married | 3 | |
| St: Married | 3 | 0 |

The Lobel Firm, LLP
840 Newport Center Drive
Ste 750
Newport Beach, CA 92660

**Wages, Tips and Other Compensation**

| | Current Hours | Current Pay | YTD Hours | YTD Pay |
|---|---|---|---|---|
| Regular | 43:00 | $2,300.50 | 103:00 | $5,510.50 |
| Gross Pay: | 43:00 | $2,300.50 | 103:00 | $5,510.50 |

**Deductions and Other Adjustments**

| Type | ID | Current Amount | Current Match | YTD Amount | YTD Match |
|---|---|---|---|---|---|
| Deductions | | | | | |
| Reimbursements (Add to Net Pay) | | | | | |

**Taxes**

| | Current | YTD |
|---|---|---|
| Federal | $202.77 | $415.38 |
| FICA | $96.62 | $231.44 |
| Medicare | $33.36 | $79.91 |
| CA State | $41.50 | $75.94 |
| CA SDI | $27.61 | $66.13 |
| TOTAL: | $401.86 | $868.80 |

NET PAY:   $1,898.64   $4,641.70

---

*Itemized Time and Pay By Department*                              *Accruals*

| ID | Dept Name | Hrs/Pcs | Rate | Amt |
|---|---|---|---|---|
| 00000000 | Main | 43:00 | $53.50 | $2,300.50 |
| Grand Total: | | 43:00 | | $2,300.50 |

| Account Number | Amount |
|---|---|
| ▓▓▓▓ | $1,898.64 |

*Other Pay Information and Comments*

*Current Period Clocked Time (hh:mm)*

Date-Range                                                          Total

Home Location  00000000   Main                Home Department 00000000   Main

B22C (Official Form 22C) (Chapter 13) (12/10)

In re  Robert A. Nelson & Pamela F. Nelson
_____
Debtor(s)

Case Number:  8:11-bk-14687- TA
_____
(If known)

| According to the calculations required by this statement: |
| --- |
| ☐ The applicable commitment period is 3 years. |
| ☑ The applicable commitment period is 5 years. |
| ☑ Disposable income is determined under § 1325(b)(3). |
| ☐ Disposable income not determined under § 1325(b)(3). |
| (Check the boxes as directed in Lines 17 and 23 of this statement.) |

# CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME
## AND CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME

In addition to Schedule I and J, this statement must be completed by every individual Chapter 13 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| Part I. REPORT OF INCOME | | | |
| --- | --- | --- | --- |

| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>**a.** ☐ **Unmarried.** Complete only Column A ("Debtor's Income") for Lines 2-10.<br>**b.** ☑ **Married.** Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10. | | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | **Column A Debtor's Income** | **Column B Spouse's Income** |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | $ 10,623.00 | $ 3,975.16 |
| 3 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part IV.** | | | |

| | a. | Gross receipts | $ | 0.00 |
| --- | --- | --- | --- | --- |
| | b. | Ordinary and necessary business expenses | $ | 0.00 |
| | c. | Business income | Subtract Line b from Line a | |

| 3 | | | $   0.00 | $   0.00 |
| --- | --- | --- | --- | --- |

| 4 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part IV.** | | | |

| | a. | Gross receipts | $ | 0.00 |
| --- | --- | --- | --- | --- |
| | b. | Ordinary and necessary operating expenses | $ | 0.00 |
| | c. | Rent and other real property income | Subtract Line b from Line a | |

| 4 | | | $   0.00 | $   0.00 |
| --- | --- | --- | --- | --- |
| 5 | **Interest, dividends and royalties.** | | $   0.00 | $   0.00 |
| 6 | **Pension and retirement income.** | | $   0.00 | $   0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | | $   0.00 | $   0.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

B22C (Official Form 22C) (Chapter 13) (12/10)    cont    2

| | | | |
|---|---|---|---|
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $ ___0.00___   Spouse $ ___0.00___ | $    0.00 | $    0.00 |
| 9 | **Income from all other sources.**  Specify source and amount.  If necessary, list additional sources on a separate page. Total and enter on Line 9.  **Do not include alimony or separate maintenance payments paid by your spouse, but include all other payments of alimony or separate maintenance.  Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>a.   Freelance paralegal work    $    391.33<br>b.    $    0.00 | $    0.00 | $    391.33 |
| 10 | **Subtotal.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B.  Enter the total(s). | $  10,623.00 | $   4,366.49 |
| 11 | **Total.**  If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 10, Column A. | | $    14,989.49 |

## Part II. CALCULATION OF § 1325(b)(4) COMMITMENT PERIOD

| | | |
|---|---|---|
| 12 | **Enter the Amount from Line 11.** | $  14,989.49 |
| 13 | **Marital adjustment.**  If you are married, but are not filing jointly with your spouse, AND if you contend that calculation of the commitment period under § 1325(b)(4) does not require inclusion of the income of your spouse, enter on Line 13 the amount of the income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of you or your dependents and specify, in the lines below, the basis for excluding this income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose.  If necessary, list additional adjustments on a separate page.  If the conditions for entering this adjustment do not apply, enter zero.<br><br>a.    $    0.00<br>b.    $    0.00<br>c.    $    0.00<br><br>Total and enter on Line 13. | $    0.00 |
| 14 | **Subtract Line 13 from Line 12 and enter the result.** | $  14,989.49 |
| 15 | **Annualized current monthly income for §1325(b)(4).**  Multiply the amount from Line 14 by the number 12 and enter the result. | $179,873.88 |
| 16 | **Applicable median family income.**  Enter the median family income for the applicable state and household size.  (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence: ___California___   b. Enter debtor's household size: ___3___ | $  68,670.00 |
| 17 | **Application of §1325(b)(4).**  Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 15 is less than the amount on Line 16.**  Check the box for "The applicable commitment period is 3 years" at the top of page 1 of this statement and continue with this statement.<br><br>☑ **The amount on Line 15 is more than the amount on Line 16.**  Check the box for "The applicable commitment period is 5 years" at the top of page 1 of this statement and continue with this statement. | |

## Part III. APPLICATION OF § 1325(b)(3) FOR DETERMINING DISPOSABLE INCOME

| | | |
|---|---|---|
| 18 | **Enter the Amount from Line11.** | $  14,989.49 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

B22C (Official Form 22C) (Chapter 13) (12/10)    cont.

3

| 19 | **Marital adjustment**.  If you are married, but are not filing jointly with your spouse, enter on Line 19 the total of any income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents.  Specify, in the lines below, the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose.  If necessary, list additional adjustments on a separate page.  If the conditions for entering this adjustment do not apply, enter zero. | | |
|---|---|---|---|
| | a. | | $           0.00 |
| | b. | | $           0.00 |
| | c. | | $           0.00 |
| | Total and enter on Line 19. | | $           0.00 |

| 20 | **Current monthly income for §1325(b)(3).**  Subtract Line 19 from Line 18 and enter the result. | $    14,989.49 |
|---|---|---|
| 21 | **Annualized current monthly income for §1325(b)(3).**  Multiply the amount from Line 20 by the number 12 and enter the result. | $  179,873.88 |
| 22 | **Applicable median family income.**   Enter the amount from Line 16. | $    68,670.00 |

| 23 | **Application of §1325(b)(3).**  Check the applicable box and proceed as directed.<br><br>☑ **The amount on Line 21 is more than the amount on Line 22.**  Check the box for "Disposable income is determined under §1325(b)(3)" at the top of page 1 of this statement and complete the remaining parts of this statement.<br><br>☐ **The amount on Line 21 is not more than the amount on Line 22.**   Check the box for "Disposable income is not determined under §1325(b)(3)" at the top of page 1 of this statement and continue with Part VII of this statement.  **Do not complete Parts IV, V or VI.** |
|---|---|

## Part IV. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 24A | **National Standards: food, apparel and services, housekeeping supplies, personal care, and miscellaneous.**  Enter  in line 24A the "Total" amount from IRS National Standards for Allowable Living Expenses for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $     1,171.00 |
|---|---|---|

| 24B | **National Standards: health care.**  Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older.  (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.)  Multiply line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1.  Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2.  Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 24B. | |
|---|---|---|

| | **Persons under 65 years of age** | | **Persons 65 years of age or older** | | |
|---|---|---|---|---|---|
| | a1. | Allowance per person | 60.00 | a2. | Allowance per person | 144.00 |
| | b1 | Number of persons | 3 | b2. | Number of persons | 0 |
| | c1. | Subtotal | 180.00 | c2. | Subtotal | 0.00 | $       180.00 |

| 25A | **Local Standards: housing and utilities; non-mortgage expenses.**  Enter amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $       606.00 |
|---|---|---|

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

B22C (Official Form 22C) (Chapter 13) (12/10)   4

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

| | | | | |
|---|---|---|---|---|
| **25B** | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 47; subtract Line b from Line a and enter the result in Line 25B. **Do not enter an amount less than zero.**   ORANGE COUNTY | | | |
| | a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ 1,868.00 | |
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 47 | $ 3,031.00 | |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ 0.00 |
| **26** | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 25A and 25B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below:<br>Additional utilities and property tax expense | | | $ 126.00 |
| **27A** | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.   LOS ANGELES<br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 7.  ☐ 0  ☐ 1  ☑ 2 or more.<br>If you checked 0, enter on Line 27A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 27A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | | | $ 790.00 |
| **27B** | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 27B the "Public Transportation" amount from the IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | | | $ 0.00 |
| **28** | **Local Standards: transportation ownership/lease expense; Vehicle 1**. Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)  ☑ 1  ☐ 2 or more.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 47; subtract Line b from Line a and enter the result in Line 28. **Do not enter an amount less than zero.** | | | |
| | a. | IRS Transportation Standards, Ownership Costs | $ 496.00 | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 47 | $ 352.00 | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ 144.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

| 29 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 28.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 47; subtract Line b from Line a and enter the result in Line 29. **Do not enter an amount less than zero.** | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $              496.00 |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 47 | $                0.00 |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. |

| | | |
|---|---|---|
| 29 | (continued) | $              0.00 |
| 30 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self-employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $          3,701.00 |
| 31 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly deductions that are required for your employment, such as mandatory retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $              0.00 |
| 32 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $            121.00 |
| 33 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due support obligations included in Line 49.** | $              0.00 |
| 34 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $              0.00 |
| 35 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $          1,270.00 |
| 36 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 24B. **Do not include payments for health insurance or health savings accounts listed in Line 39.** | $              70.00 |
| 37 | **Other Necessary Expenses: telecommunication services**. Enter the total average monthly amount that you actually pay for telecommunications services other than your basic home telephone  and cell phone service – such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $              0.00 |
| 38 | **Total Expenses Allowed under IRS Standards.**  Enter the total of Lines 24 through 37. | $          8,179.00 |

| **Subpart B: Additional Living Expense Deductions**<br>**Note: Do not include any expenses that you have listed in Lines 24-37** |
|---|

B22C (Official Form 22C) (Chapter 13) (12/10) cont.

6

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

| 39 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | | | |
|---|---|---|---|---|
| | a. | Health Insurance | $ 0.00 | |
| | b. | Disability Insurance | $ 43.00 | |
| | c. | Health Savings Account | $ 0.00 | |
| | Total and enter on Line 39 | | | $ 43.00 |
| | **If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:  $ 0.00 | | | |

| 40 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. **Do not include payments listed in Line 34.** | $ 0.00 |
|---|---|---|
| 41 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incur to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ 0.00 |
| 42 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ 0.00 |
| 43 | **Education expenses for dependent children under 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ 0.00 |
| 44 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ 42.00 |
| 45 | **Charitable contributions.** Enter the amount reasonably necessary for you to expend each month on charitable contributions in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). **Do not include any amount in excess of 15% of your gross monthly income.** | $ 85.00 |
| 46 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 39 through 45. | $ 170.00 |

| **Subpart C: Deductions for Debt Payment** |
|---|

| 47 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of creditor, identify the property securing the debt, and state the Average Monthly Payment, and check whether the payment includes taxes and insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 47. | | | | |
|---|---|---|---|---|---|
| | | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
| | a. | Wells Fargo Financial | Residence | $ 3,031.00 | ☐ yes ☑ no |
| | b. | Americredit | Equinox | $ 352.40 | ☐ yes ☑ no |
| | c. | | | $ | ☐ yes ☑ no |
| | | | | Total: Add Lines a, b and c | $ 3,383.40 |

| 48 | **Other payments on secured claims.** If any of debts listed in Line 47 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 47, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure.  List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | | |  |
|---|---|---|---|---|

|  | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | Wells Fargo Financial | Residence | $ 570.86 |
| b. | Oc Assessor | Residence | $ 228.35 |
| c. | | | $ 0.00 |
|  | | | Total: Add Lines a, b and c    $ 799.21 |

| 49 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 33.** | $ 244.23 |
|---|---|---|

| 50 | **Chapter 13 administrative expenses.** Multiply the amount in Line a by the amount in Line b, and enter the resulting administrative expense. | | |
|---|---|---|---|

|  |  |  |  |
|---|---|---|---|
| a. | Projected average monthly Chapter 13 plan payment. | $ 0.00 | |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x    8.8 % | |
| c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ 0.00 |

| 51 | **Total Deductions for Debt Payment.** Enter the total of Lines 47 through 50. | $ 4,426.84 |
|---|---|---|

| | **Subpart D: Total Deductions from Income** | |
|---|---|---|
| 52 | **Total of all deductions from income.** Enter the total of Lines 38, 46, and 51. | $ 12,775.84 |

## Part V. DETERMINATION OF DISPOSABLE INCOME UNDER § 1325(b)(2)

| 53 | **Total current monthly income.** Enter the amount from Line 20. | $ 14,989.49 |
|---|---|---|
| 54 | **Support income.** Enter the monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I, that you received in accordance with applicable nonbankruptcy law, to the extent reasonably necessary to be expended for such child. | $ 0.00 |
| 55 | **Qualified retirement deductions.** Enter the monthly total of (a) all amounts withheld by your employer from wages as contributions for qualified retirement plans, as specified in § 541(b)(7) and (b) all required repayments of loans from retirement plans, as specified in § 362(b)(19). | $ 0.00 |
| 56 | **Total of all deductions allowed under § 707(b)(2).** Enter the amount from Line 52. | $ 12,775.84 |
| 57 | **Deduction for special circumstances.**  If there are special circumstances that justify additional expenses for which there is no reasonable alternative, describe the special circumstances and the resulting expenses in lines a-c below.  If necessary, list additional entries on a separate page.  Total the expenses and enter the total in Line 57.  **You must provide your case trustee with documentation of theses expenses and you must provide a detailed explanation of the special circumstances that make such expenses necessary and reasonable.** | |

|  | Nature of special circumstances | Amount of expense |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
|  | | Total: Add Lines a, b and c    $ 0.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31534-302Y-05410 - Acrobat PDFWriter

B22C (Official Form 22C) (Chapter 13) (12/10)

8

| 58 | **Total adjustments to determine disposable income.** Add the amounts on Lines 54, 55, 56 and 57 and enter the result. | $ | 12,775.84 |
|----|----|----|----|
| 59 | **Monthly Disposable Income Under § 1325(b)(2).** Subtract Line 58 from Line 53 and enter the result. | $ | 2,213.65 |

## Part VI: ADDITIONAL EXPENSE CLAIMS

| 60 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
|----|----|

| | Expense Description | Monthly Amount |
|----|----|----|
| a. | | $ 0.00 |
| b. | | $ 0.00 |
| c. | | $ 0.00 |
| | Total: Add Lines a, b and c | 0.00 |

## Part VII: VERIFICATION

| 61 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)* |
|----|----|

Date: 4/12/11        Signature:   /s/ Robert Andrew Nelson
                                  *(Debtor)*

Date: 4/12/11        Signature:   /s/ Pamela Frances Nelson
                                  *(Joint Debtor, if any)*

## Form 22 Continuation Sheet

| Income Month 1 | | | Income Month 2 | | |
|---|---|---|---|---|---|
| Gross wages, salary, tips... | 10,623.00 | 2,782.00 | Gross wages, salary, tips... | 10,623.00 | 4,654.00 |
| Income from business... | 0.00 | 0.00 | Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 | Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 | Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 | Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 | Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 | Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 231.00 | Other Income... | 0.00 | 241.00 |

| Income Month 3 | | | Income Month 4 | | |
|---|---|---|---|---|---|
| Gross wages, salary, tips... | 10,623.00 | 3,210.00 | Gross wages, salary, tips... | 10,623.00 | 5,230.00 |
| Income from business... | 0.00 | 0.00 | Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 | Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 | Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 | Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 | Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 | Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 147.00 | Other Income... | 0.00 | 586.00 |

| Income Month 5 | | | Income Month 6 | | |
|---|---|---|---|---|---|
| Gross wages, salary, tips... | 10,623.00 | 4,350.00 | Gross wages, salary, tips... | 10,623.00 | 3,625.00 |
| Income from business... | 0.00 | 0.00 | Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 | Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 | Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 | Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 | Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 | Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 495.00 | Other Income... | 0.00 | 648.00 |

## Additional Items as Designated, if any

## Remarks